## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

MPLT HEALTHCARE, LLC,  §
    *Plaintiffs*,  §
                           §
    §
Vs.  §      **CIVIL ACTION**
    §      **NO. 1:26-cv-138**
    §
HSA PORT ARTHUR, LLC d/b/a  §
THE MEDICAL CENTER  §
OF SHOUTHEAST TEXAS,  §
HEALTHCARE SYSTEMS OF  §
AMERICA, CORP. and  §
HEALTHCARE SYSTEMS OF  §
AMERICA – TEXAS LLC,  §
    *Defendants*.  §
    §

## DEFENDANT HSA PORT ARTHUR'S ORIGINAL ANSWER

Defendant HSA PORT ARTHUR, LLC d/b/a HSA Port Arthur d/b/a The Medical Center of Southeast Texas, LLC ("Southeast Texas"), by and through their Attorney M. Ali Zakaria & Associates, P.C., file this Original Answer to Plaintiff MPLT HEALTHCARE, LLC's Original Complaint ("Complaint")

### A.  Admissions & Denials

1.  Defendant admits to allegation contained in paragraph 1.

2.  Paragraph 2 does not require an answer.

3.  Defendant admits to allegations contained in paragraph 3.

4.  Defendant admits to allegations contained in paragraphs 4 and 5.

5.  Defendant denies allegations contained in paragraphs 6 and 7.

6.  Paragraphs 8 and 9 are a legl conclusions and do not require a response.

---

Defendants' Original Answer for                1
HSA PORT ARTHUR, LLC

7.      Paragraph 10 is a legal conclusion and does not require a response.

8.      Defendant admit that the addresses of the Defendant is correct as stated in Plaintiff's Original Complaint in paragraphs 11, 12 and 13.

9.      Defendant admits to allegations contained in paragraphs 14, 15, 16, 17, 18, 19, 20, 21, 22, and 23.

10.     Defendant denies allegations contained in paragraph 24.

11.     Defendant admits to allegations contained in paragraphs 25, 26 and 27.

12.     Paragraph 28 is a legl conclusions and do not require a response.

13.     Defendant denies allegations contained in paragraph 29.

14.     Defendant admits to allegations contained in paragraphs 30, 31, 32 and 33.

15.     Defendant denies allegations contained in paragraphs 34, 35, 36, 37, 38, 39 and 40.

16.     Paragraphs 41 and 42 are a legal conclusions and do not require a response.

17.     Defendant denies allegations contained in paragraphs 43, 44, 45, 46, 47, 48, 49 and 50.

18.     Paragraphs 51, 52 and 53 are a legal conclusions and do not require a response.

19.     Defendant denies allegations contained in paragraphs 54, 55, 56, 57, 58,

20.     Paragraph 59 is a legal conclusion and does not require a response 59.

21.     Defendant denies allegations contained in paragraphs 60, 61, and 62.

## B.    Prayer

24.    For these reasons, Defendant ask this Honorable Court to enter judgment that Plaintiff take nothing, dismiss Plaintiff's suit with prejudice as to the Defendant herein, assess costs and attorney's fees against Plaintiff for, and award Defendant all other relief to which they are entitled.

Respectfully Submitted,

M. Ali Zakaria & Associates, PC


        /s/ M. Ali Zakaria
M. Ali Zakaria
Attorney-in-Charge
SBN # 22243410
6161 Savoy Dr., Suite 1000
Houston, Texas 77036
Telephone:  (713)789-7500
Facsimile:  (713)774-2423
Email: ali@zakarialaw.com

**ATTORNEY FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 22 day of May  2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Michael B. Hess
Akerman LLP
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Tel: (214) 720-4300
Email: michael.hess@akerman.com

/s/ M. Ali Zakaria_____<br>
M. Ali Zakaria