**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **MPLT HEALTHCARE, LLC,** | § | |
| *Plaintiffs*, | § | |
| | § | |
| **Vs.** | § | **CIVIL ACTION** |
| | § | **NO. 1:26-cv-138** |
| **HSA PORT ARTHUR, LLC d/b/a** | § | |
| **THE MEDICAL CENTER** | § | |
| **OF SHOUTHEAST TEXAS,** | § | |
| **HEALTHCARE SYSTEMS OF** | § | |
| **AMERICA, CORP. and** | § | |
| **HEALTHCARE SYSTEMS OF** | § | |
| **AMERICA – TEXAS LLC,** | § | |
| *Defendants*. | § | |
| | § | |

**DEFENDANTS HEALTHCARE SYSTEMS OF AMERICA, CORP AND
HEALTHCARE SYSTEMS OF AMERICA - TEXAS ORIGINAL ANSWER**

Defendants Healthcare Systems of America, Corp. ("HSA Corp") and Healthcare Systems of America - Texas, LLC ("HSA Texas") (hereinafter collectively referred to as "Defendants"), by and through their Attorney M. Ali Zakaria & Associates, P.C., file this Original Answer to Plaintiff MPLT HEALTHCARE, LLC's Original Complaint ("Complaint").

**A. Admissions & Denials**

1.    Defendants deny allegations contained in paragraph 1.

2.    Paragraph 2 does not require an answer.

3.    Defendants deny allegations contained in paragraph 3, 4, 5, 6, and 7.

4.    Paragraph 8 is a legl conclusion and does not require a response.

5.    Defendants deny that venue is proper as stated in paragraph 9.

Defendants' Original Answer for
HSA PORT ARTHUR, LLC                                                                                    1

6.      Paragraph 10 is a legal conclusion and does not require a response.

7.      Defendants admit that the addresses of the Defendants are correct as stated in Plaintiff's Original Complaint in paragraphs 11, 12, and 13.

8.      Defendants deny allegations contained in paragraphs 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, and 40.

9.      Paragraphs 41, 42, and 43 are a legal conclusions and do not require a response.

10.      Defendants deny allegations contained in paragraphs 43, 44, 45, 46, 47, 48, 49, and 50.

11.      Paragraphs 51, 52 and 53 are a legal conclusions and do not require a response.

12.      Defendants deny allegations contained in paragraph 54.

13.      Paragraphs 51, 52 and 53 are a legal conclusions and do not require a response.

14.      Defendants deny allegations contained in paragraph 54, 55, 56, 57, and 58.

15.      Paragraph 59 is a legal conclusions and does not require a response.

16.      Defendants deny allegations contained in paragraphs 60, 61, and 62.

## B.      Prayer

24.      For these reasons, Defendants ask this Honorable Court to enter judgment that Plaintiff take nothing, dismiss Plaintiff's suit with prejudice as to the Defendants herein, assess costs and attorney's fees against Plaintiff; and award Defendants all other relief to which they are entitled.

Respectfully Submitted,

M. Ali Zakaria & Associates, PC


    /s/ M. Ali Zakaria    
M. Ali Zakaria
Attorney-in-Charge
SBN # 22243410
6161 Savoy Dr., Suite 1000
Houston, Texas 77036
Telephone:  (713)789-7500
Facsimile:   (713)774-2423
Email: ali@zakarialaw.com

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22 day of May 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Michael B. Hess
Akerman LLP
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Tel: (214) 720-4300
Email: michael.hess@akerman.com

/s/ M. Ali Zakaria
M. Ali Zakaria
