**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| MPLT HEALTHCARE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:26-CV-138 |
| | § | |
| HSA PORT ARTHUR, LLC, *doing business* | § | |
| *as The Medical Center of Southeast Texas*, | § | |
| HEALTHCARE SYSTEMS OF AMERICA, | § | |
| CORP., and HEALTHCARE SYSTEMS OF | § | |
| AMERICA - TEXAS LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER TO CONDUCT RULE 26(f) CONFERENCE

Having been informed by the clerk that one or more defendants in this case have appeared by filing an answer or otherwise, the court directs the parties to confer as required by FED. R. CIV. P. 26(f) no later than July 8, 2026.

In addition to a discussion of the items set forth in Rule 26(f), the parties shall attempt in good faith to agree on certain matters, including deadlines for a proposed Scheduling Order, and shall file with the court a joint written report outlining their proposals no later than July 22, 2026.

The parties must include the following matters in the joint conference report:

1.     A factual and legal description of the case that sets forth the elements of each cause of action and each defense;

2.     The date the Rule 26(f) conference was held, the names of those persons who attended, and the parties they represented;

3.     A list of any cases related to this case pending in any state or federal court, identifying the case numbers and courts along with an explanation of the status of those cases;

4.     An agreed discovery/case management plan, if agreement can be reached, which will be used by the court to prepare a Scheduling Order (a sample Scheduling Order form is attached). The parties are encouraged to submit a completed Scheduling Order with their joint conference report, including proposed deadlines for the following:

    a.     Joining additional parties;

    b.     Filing amended pleadings;

    c.     Disclosing expert testimony pursuant to FED. R. CIV. P. 26(a)(2) and Local Rule CV-26(b);

    d.     Completing all discovery;

    e.     Filing motions, including motions to transfer, to remand, to exclude or limit expert testimony, to dismiss, and for summary judgment;

5.     A suggested date for the Final Status Conference (see attached list of the court's available Final Status Conference dates), at which time the final pretrial conference and the trial will be scheduled;

6.     The expected length of trial and whether it will be to a jury or the bench; and

7.     Whether the parties jointly consent to trial before a magistrate judge.

The joint conference report must be signed by counsel for each party and by any unrepresented parties.

2

All parties should keep in mind that the failure to participate fully in the Rule 26(f) conference or to submit the joint conference report on a timely basis may result in the imposition of sanctions authorized by FED. R. CIV. P. 16(f).

In addition, all parties must comply with Judge Crone's Standing Orders, which are available on the court's website: https://www.txed.uscourts.gov/?q=judge/district-judge-marcia-crone.  Failure to comply with the Standing Orders or any other order of the court may result in the imposition of sanctions.

SIGNED at Beaumont, Texas, this 10th day of June, 2026.

_____

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT * * * * * * * EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| MPLT HEALTCARE, LLC | § |
| | § |
| *versus* | §    CIVIL ACTION NO. 1:26-CV-138 |
| | § |
| HSA PORT ARTHUR, LLC, *doing business as The* | § |
| *Medical Center of Southeast Texas*, HEALTHCARE | § |
| SYSTEMS OF AMERICA, CORP., and | § |
| HEALTHCARE SYSTEMS OF AMERICA - | § |
| TEXAS, LLC | § |

**SCHEDULING ORDER**

The following schedule shall be followed.  All communications concerning the case shall be directed in writing to Julia Colyer, Court Administrator for Judge Crone, 300 Willow St., Suite 239, Beaumont, TX 77701.  For urgent matters, Ms. Colyer may be contacted at (409) 654-2880.

This scheduling order does not relieve the parties from obtaining leave of court whenever required by statute, the Federal Rules of Civil Procedure, local rule, or case law.

All parties must comply with Judge Crone's Standing Orders, which are available on the court's website: https://www.txed.uscourts.gov/?q=judge/district-judge-marcia-crone.  Failure to comply with the Standing Orders or any other order of the court may result in the imposition of sanctions.

1. _____    NEW PARTIES shall be joined by this date.

2. _____    The pleadings shall be AMENDED by this date.

3. _____    PLAINTIFF shall designate EXPERT WITNESSES in writing and provide expert reports by this date.  (**This date must be after the deadline to amend pleadings.**)

4. _____    DEFENDANTS shall designate EXPERT WITNESSES in writing and provide expert reports by this date.  (**This date must be after the deadline to amend pleadings.**)

5. _____    DISCOVERY shall be completed by this date.  (**This date must be after the deadlines to designate expert witnesses.**)

6. _____    MOTION CUT-OFF.  Aside from motions in limine, no motion, including motions to exclude or limit expert testimony, shall be filed after this date except for good cause shown.  Without leave of court, a party may file only one summary judgment motion.  (**This date must be at least 2 weeks after the discovery completion date.**)

     If no motions are pending at the time of the Motion Cut-Off deadline, the parties shall submit a joint status report by this date.  The status report should state whether this matter will be ready for trial by the Final Status Conference deadline, as well as any other pertinent issues regarding these proceedings.

7. _____    The JOINT PRETRIAL ORDER, including motions in limine, deposition designations, and a proposed charge or proposed findings of fact and conclusions of law, shall be filed and proposed trial exhibits shall be exchanged on or before this date.  (**This date must be at least 12 weeks**

**after the motion cut-off.**)

8.  _____   OBJECTIONS TO proposed exhibits, witnesses, and deposition designations, as well as responses to motions in limine, shall be filed by this date. (**This date must be no more than 1 week after the Joint Pretrial Order is due.**)

9.  _____   RESPONSES TO OBJECTIONS shall be filed by this date. A failure to file a response to an objection shall create a presumption in favor of the court's sustaining the objection. (**This date must be no more than 1 week after the objections are due.**)

10.  _____   FINAL STATUS CONFERENCE at 10:00 a.m. (**Select a date from the attached list, which must be at least 2 weeks after the responses to objections are due.**) The case will be set for Final Pretrial Conference and Trial at the Final Status Conference. The parties should be prepared to try the case by this date.

11.  _____   Estimated time to try before a jury/the court. (**Underline one.**)

**Beaumont Final Status Conference Dates for Judge Marcia A. Crone**

(Select one of the dates listed below to complete Number 10 of the Scheduling Order)

| | |
|---|---|
| August 7, 2026 | April 7, 2028 |
| September 4, 2026 | May 5, 2028 |
| October 2, 2026 | June 2, 2028 |
| November 6, 2026 | July 7, 2028 |
| December 4, 2026 | August 4, 2028 |
| January 8, 2027 | September 1, 2028 |
| February 5, 2027 | |
| March 5, 2027 | |
| April 2, 2027 | |
| May 7, 2027 | |
| June 4, 2027 | |
| July 2, 2027 | |
| August 6, 2027 | |
| September 3, 2027 | |
| October 1, 2027 | |
| November 5, 2027 | |
| December 3, 2027 | |
| January 7, 2028 | |
| February 4, 2028 | |
| March 3, 2028 | |