**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **MPLT HEALTHCARE, LLC.,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **Case No. 1:26-cv-00138-MAC** |
| | § | |
| **HSA PORT ARTHUR, LLC d/b/a THE** | § | |
| **MEDICAL CENTER OF SOUTHEAST** | § | |
| **TEXAS, HEALTHCARE SYSTEMS OF** | § | |
| **AMERICA, CORP. and HEALTHCARE** | § | |
| **SYSTEMS OF AMERICA – TEXAS LLC,** | § | |
| | § | |
| *Defendants*. | § | |

## JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY ALL DEADLINES

Plaintiff MPLT Healthcare, LLC, and Defendants HSA Port Arthur d/b/a The Medical Center of Southeast Texas, LLC, Healthcare Systems of America, Corp., and Healthcare Systems of America – Texas, LLC (collectively, "Parties") hereby jointly provide notice to the Court that the Parties have reached an agreement in principle on the material terms of a settlement. The Parties are preparing a comprehensive written settlement agreement, a term of which is the dismissal of this lawsuit.

In light of the settlement, which the Parties have agreed to draft and execute within seven (7) days, the Parties respectfully move the Court for an order staying all deadlines and setting this case for dismissal within 60 days, if not earlier dismissed upon a joint motion of the Parties.

Dated: August 5, 2026

Respectfully submitted,

*/s/ Michael B. Hess*
Michael B. Hess
State Bar No. 24095710
michael.hess@akerman.com
Anthony D. Lyons, Jr.
State Bar No. 24128523
anthony.lyonsjr@akerman.com
**AKERMAN LLP**
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile:  214.981.9339
**ATTORNEYS FOR PLAINTIFF**


*/s/ M. Ali Zakaria*
M. Ali Zakaria
Attorney-in-Charge
SBN # 22243410
6161 Savoy Drive, Suite 1000
Houston, Texas 77036
Telephone: 713.789.7500
Facsimile: 713.774.2423
State Bar No. 24095710
Email: ali@zakarialaw.com
**ATTORNEY FOR DEFENDANT**


## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


*/s/ Michael B. Hess*
Michael B. Hess