**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **MPLT HEALTHCARE, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. 1:26-cv-138** |
| **v.** | § | |
| | § | |
| **HSA PORT ARTHUR; ET AL,** | § | |
| | § | |
| **Defendant.** | § | |

**DEFENDANT'S NOTICE OF APPEARANCE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

PLEASE TAKE NOTICE that Murtaza Sutarwalla of Edwards Sutarwalla Samani LLP hereby enters his appearance as lead counsel for (i) Defendant HSA Port Arthur, LLC d/b/a HSA Port Arthur d/b/a The Medical Center of Southeast Texas, LLC; (ii) Healthcare Systems of America, Corp.; and (iii) Healthcare Systems of America – Texas, LLC, in the above-styled and numbered cause.

Defendants respectfully request that all pleadings, notices, orders, correspondence, discovery, and other papers filed or served in this action be served upon the undersigned counsel at the addresses set forth below, and that counsel be added to the Court's CM/ECF service list for this cause.

This appearance is entered without waiver of, and with full reservation of, any and all defenses, objections, and rights available to Defendants.

Respectfully submitted,

**EDWARDS SUTARWALLA SAMANI LLP**

/s/ M. Sutarwalla

By: ______________________
Murtaza Sutarwalla
State Bar No. 24056398
Federal ID No. 2589991
602 Sawyer Street, Suite 110
Houston, Texas 77007
Telephone: 713-565-1353

Email: murtaza@esslawpartners.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I certify that on October 29, 2026, a true and correct copy of the foregoing instrument was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

/s/ M. Sutarwalla

______________________
Murtaza Sutarwalla