# SETTLEMENT AGREEMENT AND RELEASE

This Confidential Settlement Agreement and Release (**Agreement**) is made and entered into as of August 12, 2026 (the **Effective Date**) by MPLT Healthcare, LLC (**Plaintiff**) and HSA Port Arthur, LLC d/b/a The Medical Center of Southeast Texas (**HSA**), Healthcare Systems of America, Corp., and Healthcare Systems of America – Texas (collectively, **Defendants**). Plaintiff and Defendants are collectively the **Parties**, and each individually is a **Party**.

[redacted]

[redacted] by making twenty monthly payments (**Settlement Payments**) as annotated below, provided that if the 15th day of any month falls on a federal holiday, Saturday, or Sunday, payment shall be due on the following business day, and no interest shall accrue on the Settlement Amount.

[redacted]

| Payment Number | Due Date | Amount |
|---|---|---|
| 1 | August 21, 2026 | [redacted] |
| 2 | September 15, 2026 | [redacted] |
| 3 | October 15, 2026 | [redacted] |

[redacted]

[redacted]

H. **Failure to Make Settlement Payment.** If HSA fails to timely make a payment then MPLT shall provide a ten (10) days' written notice and cure period. If HSA fails to cure the said default within the five day period following Plaintiff sending notice to the address listed in Section 3(K) of this Agreement, then the entire Settlement Sum, plus all past due interest as of the date of this Agreement, shall accelerate and become immediately due and payable by HSA to MPLT, by the last day of such month.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

I. **Notices**. All notices, requests, demands, and other communications required or permitted under this Agreement shall be in writing and shall be deemed to have been duly given, made and received only when delivered personally, by electronic mail, addressed as set forth below:

a. **If to Defendants**: Brianna Roard, Regional Counsel, broark@hsahospitals.com;

b. **With a copy to:** Ali Zakaria, Esq., M. Ali Zakaria & Associates, PC, 6161 Savor, Suite 1000, Houston, Texas 77036, Ali@Zakarialaw.com;

c. **If to Plaintiff**: Shaun Porter, Chief Financial Officer, sporter@mplthealthcare.com;

d. **With a copy to:** Michael Hess, Akerman, LLP, 2001 Ross Avenue, Suite

3600, Dallas, Texas 75007

[redacted]

[redacted]

Q. **Attorneys' Fees.** Unless otherwise expressly set forth herein, each of the Parties shall bear its own attorney's fees, costs, and expenses in connection with the matters set forth in the Agreement, including, but not limited to, the Lawsuit and the negotiations and preparation of this Agreement. However, if any Party institutes legal proceedings over the enforcement of this Agreement or any provision of it, the prevailing Party shall be entitled to recover from the losing Party its costs, including reasonable attorneys' fees, at both the trial and appellate levels.

[redacted]

[signature]
**MPLT Healthcare, LLC**

8/20/2026
**Date**

Name: Shaun Porter

Title: CFO

[signature]
**HSA Port Arthur, LLC d/b/a**
**The Medical Center of Southeast Texas**

8-20-2026
**Date**

Name: Jonathan Burket

Title: Corporate Treasurer

[signature] 8-20-2026

**Healthcare Systems of America, Corp.** **Date**

Name: Jonathan Burket

Title: Corporate Treasurer

[signature] 8-20-2026

**Healthcare Systems of America – Texas** **Date**

Name: Jonathan Burket

Title: Corporate Treasurer