# EXHIBIT B

## Hess, Michael (Ptnr-Dal)

| | |
|---|---|
| **From:** | Hess, Michael (Ptnr-Dal) |
| **Sent:** | Wednesday, September 30, 2026 3:42 PM |
| **To:** | 'Ali Zakaria'; 'broark@hsahospitals.com' |
| **Subject:** | Notice of Default - Demand for Payment - MPLT Healthcare, LLC v. HSA Port Arthur, LLC, et al. |
| **Attachments:** | Notice of Default and Demand for Payment (9-30-26).pdf |

Good afternoon, Ms. Roark and Mr. Zakaria,

Please see attached correspondence. If MPLT does not receive payment by October 10, 2026, we will accelerate the amount due with interest and move to obtain a final judgment.

Respectfully,
Mike

**Michael B. Hess**
Partner
Akerman LLP | 2001 Ross Avenue, Suite 3600 | Dallas, TX 75201
D: 214 720 4335
michael.hess@akerman.com

akerman

Michael B. Hess
Partner

Akerman LLP
2001 Ross Avenue
Suite 3600
Dallas, TX 75201

D: 214-720-4335
michael.hess@akerman.com

September 30, 2026

**VIA CERTIFIED MAIL AND EMAIL**

Ms. Brianna Roard
Regional Counsel
HSA Port Arthur, LLC d/b/a The Medical Center of Southeast Texas
broark@hsahospitals.com

Mr. Ali Zakaria, Esq.
M. Ali Zakaria & Associates, PC
6161 Savor, Suite 1000
Houston, Texas 77036
Ali@zakarialaw.com

**Re: Notice of Default and Demand for Payment**

Ms. Roark / Mr. Zakaria,

My name is Michael Hess, and I am a Partner in the litigation section of Akerman, LLP in Dallas and Austin. As you know, my firm was retained to represent MPLT Healthcare, LLC in the lawsuit styled: *MPLT Healthcare, LLC v. HSA Port Arthur, LLC d/b/a The Medical Center of Southeast Texas, et al.*, Case No. 1:26-cv-138, in the United States District Court for the Eastern District of Texas ("Lawsuit").

As you know, terms of settlement were reached to resolve the Lawsuit and later memorialized in a binding Settlement Agreement ("Agreement"). The terms included HSA Port Arthur, LLC d/b/a The Medical Center of Southeast Texas ("HSA"), on behalf of all defendants, making monthly payments of [redacted] to MPLT Healthcare, LLC on or around the 15th day of each month. Accordingly, a payment of [redacted] was due on September 15, 2026. To my knowledge, that payment has not been made.

Please consider this written notice of HSA's default and demand for payment. If the [redacted] payment is not made within 10-days of this Notice, we will move for entry of

a final judgment for the entire sum due plus applicable interest, pursuant to Section 1(H) of the Settlement Agreement.

Please respond with your intentions.

Sincerely,

Michael B. Hess
Partner