# EXHIBIT C

## Hess, Michael (Ptnr-Dal)

| | |
|---|---|
| **From:** | Hess, Michael (Ptnr-Dal) |
| **Sent:** | Friday, October 16, 2026 1:22 PM |
| **To:** | 'broark@hsahospitals.com'; Murtaza Sutarwalla; Mansoor Broachwala |
| **Cc:** | Lyons Jr., Anthony (Assoc-Dal) |
| **Subject:** | Notice of Default - Demand for Payment - MPLT Healthcare, LLC v. HSA Port Arthur, LLC, et al. - October 16, 2026 |
| **Attachments:** | Notice of Non-Payment and Demand (October 16, 2026).pdf |

Good afternoon, again, Ms. Roark and Mr. Sutarwalla,

Please see attached correspondence. If MPLT does not receive payment by October 26, 2026, we will accelerate the amount due with interest and move to obtain a final judgment.

Respectfully,
Mike

**Michael B. Hess**
Partner
Akerman LLP | 2001 Ross Avenue, Suite 3600 | Dallas, TX 75201
D: 214 720 4335
michael.hess@akerman.com

---

**From:** Hess, Michael (Ptnr-Dal)
**Sent:** Wednesday, September 30, 2026 3:42 PM
**To:** 'Ali Zakaria' <Ali@zakarialaw.com>; 'broark@hsahospitals.com' <broark@hsahospitals.com>
**Subject:** Notice of Default - Demand for Payment - MPLT Healthcare, LLC v. HSA Port Arthur, LLC, et al.

Good afternoon, Ms. Roark and Mr. Zakaria,

Please see attached correspondence. If MPLT does not receive payment by October 10, 2026, we will accelerate the amount due with interest and move to obtain a final judgment.

Respectfully,
Mike

**Michael B. Hess**
Partner
Akerman LLP | 2001 Ross Avenue, Suite 3600 | Dallas, TX 75201
D: 214 720 4335
michael.hess@akerman.com

akerman

Michael B. Hess
Partner

Akerman LLP
2001 Ross Avenue
Suite 3600
Dallas, TX 75201

D· 214-720-4335
michael.hess@akerman com

October 16, 2026

**VIA CERTIFIED MAIL AND EMAIL**

Ms. Brianna Roark
Regional Counsel
HSA Port Arthur, LLC d/b/a The Medical Center of Southeast Texas
broark@hsahospitals.com

Murtaza Sutarwalla
Edwards Sutarwalla Samani LLP
602 Sawyer Street, Suite 110
Houston, Texas 77007
Telephone: (713) 565-1353
Fax: (713) 583-8715
Email: murtaza@esslawpartners.com
Email: mansoor@esslawpartners.com

**Re: Notice of Default and Demand for Payment**

Ms. Roark / Mr. Sutarwalla,

My name is Michael Hess, and I am a Partner in the litigation section of Akerman, LLP in Dallas and Austin. As you know, my firm was retained to represent MPLT Healthcare, LLC in the lawsuit styled: *MPLT Healthcare, LLC v. HSA Port Arthur, LLC d/b/a The Medical Center of Southeast Texas, et al.*, Case No. 1:26-cv-138, in the United States District Court for the Eastern District of Texas ("Lawsuit").

As you know, terms of settlement were reached to resolve the Lawsuit and later memorialized in a binding Settlement Agreement ("Agreement"). The terms included HSA Port Arthur, LLC d/b/a The Medical Center of Southeast Texas ("HSA"), on behalf of all defendants, making monthly payments of [redacted] to MPLT Healthcare, LLC on or around the 15th day of each month. Accordingly, a payment of [redacted] was due on October 15, 2026. To my knowledge, that payment has not been made.

Please consider this written notice of HSA's default and demand for payment. If the [redacted] payment is not made within 10-days of this Notice, we will move for entry of a final judgment for the entire sum due plus applicable interest, pursuant to Section 1(H) of the Settlement Agreement.

Please respond with your intentions.

Sincerely,

Michael B. Hess
Partner

WALZ CERTIFIED MAILER®

FROM WALZ

FORM #45663 VERSION: E0824

Label #1

Label #2

Murtaza Sutarwalla
Edwards Sutarwalla Samani LLP
602 Sawyer Street
Suite 110
Houston, TX 77007

Label #3

Akerman LLP
2001 Ross Avenue
Suite 3600
Dallas, TX 75201

A FOLD AND TEAR THIS WAY → OPTIONAL

TEAR ALONG THIS LINE

# U.S. Postal Service® CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

USPS® ARTICLE NUMBER

9414 7266 9904 2245 0191 01

| | | |
|---|---|---|
| Certified Mail Fee | $ | 5.30 |
| Return Receipt (Hardcopy) | $ | 4.40 |
| Return Receipt (Electronic) | $ | 0.00 |
| Certified Mail Restricted Delivery | $ | 0.00 |
| Postage | $ | 0.74 |
| Total Postage and Fees | $ | 10.44 |

Postmark Here

Sent to: Murtaza Sutarwalla
Edwards Sutarwalla Samani LLP
602 Sawyer Street
Suite 110
Houston, TX 77007

Reference Information

MH/CF

MPLT Healthcare, LLC/ HSA Port Arthur,

PS Form 3800, Facsimile, July 2015

B

Label #4 Certified Article Number 9414 7266 9904 2245 0191 01 SENDER'S RECORD

Label #5 (OPTIONAL)

Akerman LLP
2001 Ross Avenue
Suite 3600
Dallas, TX 75201

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2245 0191 04

FOLD AND TEAR THIS WAY →

Label #7 - Certified Mail Article Number